GEORGE C. BEWLEY, Appellant, *v.* THE CITY OF LOCK-PORT, Respondent.

(Argued May 24, 1935; decided June 11, 1935.)

*Ellsworth Storrs* for appellant.

*James J. Sullivan, Corporation Counsel,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.